IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DALTON WAYNE CULLEN,<br><br>Defendant. | Case No. 3:21-cr-00054-JMK<br><br>**ORDER RE FINAL REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE UPON A PLEA OF GUILTY** |

A plea agreement was filed in this case at Docket 37.[1] Pursuant to Rule 11 of the Federal Rules of Criminal Procedure, this matter was referred to the Honorable Magistrate Judge Matthew M. Scoble by the District Court, with the written and oral consents of Defendant, counsel for Defendant, and counsel for the United States. A proposed change of plea hearing was held before the magistrate judge at which Mr. Cullen entered a guilty plea to Count 5 of the Indictment, which is a violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A)—Conspiracy to Distribute Methamphetamine.

Judge Scoble issued a Final Report and Recommendation at Docket 66, in which he recommended that the District Court accept Defendant's plea of guilty to Count 5

---

[1] A Sealed Plea Agreement Addendum was filed at Docket 38.

of the indictment and admission to all Criminal Forfeiture allegations. No objections to the Final Report and Recommendation have been filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). The Court has reviewed the Final Report and Recommendation and adopts it. Accordingly, IT IS ORDERED that the Court ACCEPTS Defendant's plea of guilty to Count 5 of the Indictment, Conspiracy to Distribute Methamphetamine, and Defendant is adjudged GUILTY of Count 5.

The Imposition of Sentence hearing in this matter is confirmed for May 9, 2022, at 10:00 a.m. in Anchorage Courtroom 3.

DATED this 6th day of April, 2022, at Anchorage, Alaska.

        */s/ Joshua M. Kindred*
        JOSHUA M. KINDRED
        United States District Judge

*United States v. Cullen*  Case No. 3:21-cr-00054-JMK
Order re Final Report and Recommendation  Page 2
Case 3:21-cr-00054-JMK-MMS   Document 77   Filed 04/06/22   Page 2 of 2